JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBI L. S., <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, Commissioner of Social Security, <br><br> Defendant. | NO. SACV-24-01977-AGR <br><br> JUDGMENT |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the Commissioner of Social Security Administration, and the decision of the Commissioner is affirmed without prejudice to a determination of an onset date in or around November 2023 in connection with a subsequent application for benefits.

DATED:  September 29, 2025

_____
ALICIA G. ROSENBERG
United States Magistrate Judge